UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **FARRON TAYLOR,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-00407-RDP-JHE |
| | ) |
| **WARDEN KAREN CARTER, et al.,** | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

Petitioner Farron Taylor filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. 1). On June 29, 2023, the Magistrate Judge entered a Report and Recommendation recommending dismissal of the petition based on the court's lack of jurisdiction. (Doc. 7). Specifically, the Magistrate Judge concluded that, under 28 U.S.C. § 2244(b)(3)(A), the court's denial of Taylor's prior petition as time-barred deprives the court of jurisdiction to consider Taylor's second or successive petition absent authorization from the Eleventh Circuit Court of Appeals. (Doc. 7). Although the Magistrate Judge advised Taylor of his right to file written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the Recommendation. Consistent with that recommendation, the court finds that the petition for a writ of habeas corpus (Doc. 1) is due to be dismissed based on the court's lack of jurisdiction under 28 U.S.C. § 2244(b)(3)(A).

**DONE** and **ORDERED** this July 24, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE